Metropolitan Police Department
Washington, D.C.

# Affidavit in Support of an Application for Search Warrant

United States District Court
District of Columbia

**SEARCH WARRANT FOR:**
The entire premises known as 2244 Savannah Terrace, apartment # 14, Southeast, Washington D.C.

STATEMENT OF FACTS: It is believed by Detective William Witkowski of the Major Narcotics Branch that evidence of cocaine and heroin sales is being stored within XXXX XXXXXXXX XXXXXXX, XXXXXXXXX # XX  XXXXXXXXX, Washington D.C. These premises are described as a multi-story brick apartment building with the numerals XXXX affixed to the front of the building. Apartment #14 is located on the ground level and the numerals XXXX-XX are affixed to the door.

The affiant has been a sworn member of the Metropolitan Police Department for over fourteen years and is currently a Detective assigned to the Major Narcotics Branch. I am currently deputized by the Federal Bureau of Investigation for purposes of this investigation to exercise federal law enforcement powers in jurisdictions other than Washington D.C., including the State of Maryland. I have attended MPD/DEA Vice Investigators School and MPD Buy/Bust course. I have participated in over eight hundred search warrants in which arrests were made and firearms, money and large quantities of narcotics were seized. I have been the lead investigator in both long term and short term drug investigations as well as an undercover officer in both long term and short term narcotics investigations.

Based on training, experience, and participation in narcotics investigations, your affiant believes that drug traffickers maintain books, receipts, records and other papers relating to the transportation, ordering, sale and distribution of controlled substances. Furthermore, your affiant knows that the aforementioned books, records, rate ledgers, airline tickets, money orders and bank records are generally maintained where the traffickers have ready access to them. Furthermore, based on your affiant's training and experience, in the investigation of narcotic trafficking, your affiant believes that drug dealers commonly use firearms and other weapons to protect their illegal activities. Furthermore, it is common for drug traffickers to maintain drug paraphernalia for packaging, cutting, weighing and distributing drugs, including but not limited to scales, plastic bags, sifters, strainers, stamps, spoons, tape and cutting agents.

Based on training and experience, your affiant knows that it is common for significant drug dealers to secrete contraband, proceeds of drug sales and records of drug transactions in secure locations within their residence, business locations and automobiles for ready access and to conceal the same from law enforcement authorities. Furthermore, it is common for drug

dealers to take photographs of themselves, their associates, their property and their residence and the residents of their associates.

## Investigation

Stanley Jerome Wilcox aka "Stink", is a black male, with black hair and brown eyes. He is five feet, six inches tall, and weighs 145 pounds. He has a social security number of XXX-XX-XXXX; his date of birth is XXXXXXX XX 1972; he has a PDID number of XXX-XXX.

On April 28th, 2005, members of the Prince George's County Police department arrested Stanley Jerome Wilcox in Palmer Park, MD, after finding him in possession of approximately 2 kilograms of powder cocaine and approximately 28 grams of heroin. At the time of his arrest, Wilcox was operating a rental car that was currently leased to XXXXXX XXXXXX of XXXX XXXXXXXX XXXXXXX, XXXXXXXXX #XX, XXXXXXXXX, Washington D.C.

After Wilcox was placed under arrest, Officer Quinten Gore of the Prince George's County DEA Task Force contacted the undersigned and requested assistance in determining if this location was Wilcox's current address. The undersigned responded to this location and confirmed that XXXXXX XXXXXX was the current lessee of this residence. Your affiant then spoke to Officer Page of the Metropolitan Police Department. She stated to the undersigned that she knows Stanley Wilcox personally and has spoken to him on numerous occasions. Wilcox has stated to Officer Page that his residence is XXXX XXXXXXXX XXXXXXX, XXXXXXXXX #XX, XXXXXXXXX, Washington D.C. and has been for years. Wilcox has also stated to Officer Page and the management of the apartment complex that XXXXXX XXXXXX is his common-law wife. Officer Page has also observed Wilcox entering or exiting XXXX XXXXXXXX XXXXXXX, XXXXXXXXX #XX on at least 15 occasions, the latest within the past two weeks.

Based on the your affiant's above investigation, and the above facts and circumstances, your affiant believes that Stanley Jerome Wilcox has been distributing cocaine and heroin in the District of Columbia and surrounding area for a significant amount of time. In addition your affiant believes that there is probable cause to believe that Stanley Jerome Wilcox is currently maintaining books receipts, records and other papers relating to the transportation, ordering ,sale and distribution of controlled substances, as well as proof of residency and ownership. Therefore, your affiant respectfully requests that a search warrant be issued for the entire premises known as XXXX XXXXXXXX XXXXXXX, XXXXXXXXX #XX, Washington D.C., for which affiant has probable cause to believe contains documents, papers, records and other evidence of violations of 21 USC 841(a).

_____
Affiant

_____
Element

2

_____

Subscribed and sworn to before me this _____ day of _____, 2005.

                                                           _____
                                                           United States District Magistrate Judge
                                                           United States District Court
                                                           District of Columbia