AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2244 Savannah Terrace, S.E.
Apartment #14
Washington, D.C.

SEALED

**SEARCH WARRANT**

CASE NUMBER: 05 - 0246M - 01

TO:  ___Det. William Witkowski___  and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Detective William J. Witkowski___ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2244 Savannah Terrace, S.E., Apartment #14
Washington, D.C.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Drug paraphernalia, records, documents, financial records, receipts relevant to narcotics trafficking, firearms, ammunition, and safes containing contraband and/or evidence of narcotics and firearms offenses

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___May 9th 2005___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY - 4 2005   11:14 AM                 at Washington, D.C.

Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                Signature of Judicial Officer

2

05-0246M-01

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 5/4/05 | 5/4/05 7:50 P.M. | Myesha Butler |
| INVENTORY MADE IN THE PRESENCE OF | Det's Del Po, McNamara, Witkowski OFC's Gheen, Manly TFO Isaic (DEA Task Force) | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Gram Scale, Sandwich bags; personal paper (occupants were moving out at time of execution)

FILED
MAY 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    5-10-05
U.S. Judge or U.S. Magistrate Judge        Date